**GANIM LEGAL, P.C.**
**2370 PARK AVENUE**
**BRIDGEPORT, CT 06604**
**T:203-908-3100 F:203-908-3101**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINE WITTHOHN and | :CIVIL ACTION NO. 3:23-CV-00774-AWT |
| JEFFREY V. MEHALIC | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| DON WINSLOW and | : |
| ELAINE WINSLOW | : |
| | : |
| Defendants. | :        APRIL 2, 2024 |

## <u>STIPULATION OF DISMISSAL</u>

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs Christine Witthohn & Jeffrey V. Mehalic, and the Defendants, Don Winslow & Elaine Winslow (collectively, the "Parties") hereby stipulate to the dismissal, with prejudice, of all claims and defenses, pending in this action on the basis of a settlement between the parties.

Additionally, the Parties hereby stipulate to the release of the Lis Pendens and any other incumbrances placed on the property known as 424 Park Boulevard, Stratford, Connecticut dated June 21, 2023 and recorded on the Stratford Connecticut Land Records in Bk:4779 Pg:288.

1

Dated: Bridgeport, Connecticut
        April 2, 2024


By:  */s/ Paul J. Ganim*
        Paul J. Ganim (CT11940)
        GANIM LEGAL, PC
        2370 Park Ave.
        Bridgeport, CT 06604
        Tel: 203-908-3100
        Fax: 203-908-3101
        Email: paul@ganimlegal.com
        *Attorney for Defendants, Don Winslow & Elaine Winslow*


By:  */s/ Jeffrey V. Mehalic*
        Jeffrey V. Mehalic (CT31608)
        1345 Barnum Ave., Suite 9, Box 348
        Stratford, CT 06614
        Tel: 304-346-3462
        Fax: 304-346-3469
        Email: jeff@mehaliclaw.com
        *Attorney for Plaintiffs, Christine Witthohn & Jeffrey V. Mehalic*


So Ordered
Hartford, Connecticut

_____, 2024

                                    _____
                                    Hon. Alvin W. Thompson

2